UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOSEPH BROWN,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT; CITY
OF NEW YORK,

                Defendants.
------------------------------------------------------------------x

**MEMORANDUM
AND ORDER
10-CV-4458 (CBA)**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
DEC 29 2010
BROOKLYN OFFICE

AMON, United States District Judge:

      On September 27, 2010, plaintiff Joseph Brown, a resident of Staten Island, New York, filed this *pro se* "civil action for deprivation of rights" seeking an injunction against the defendants to "stop all harassment, assaults, thefts, and crimes against petitioner." Complaint at 1. By Order dated November 16, 2010, plaintiff was directed to file an amended complaint within thirty (30) days. The Order further states that if plaintiff failed to comply with the Order within the time allowed, "the Court shall dismiss this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)." Plaintiff has not responded to the Court's Order and the time for doing so has passed. Accordingly, it is,

      **ORDERED, ADJUDGED AND DECREED:** that the complaint is hereby dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

                                                Carol Bagley Amon
                                                United States District Judge

Dated: Brooklyn, New York
         December 29, 2010